

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS**, LLC formerly known as LogistiCare Solutions, LLC and
ModivCare Solutions, Inc.,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On August 3, 2022, ModivCare Solutions, LLC filed a notice of interlocutory appeal stating its intent to appeal from the trial court's July 25, 2022 order denying its plea to the jurisdiction. On August 10, 2022, Appellee Andrew Nathan Viera filed an Emergency Opposed Motion to Dismiss Appeal, arguing that ModivCare Solutions is not a "governmental unit" as that term is defined under section 101.011 of the Texas Civil Practice and Remedies Code and thus not entitled to appeal pursuant to section 51.014(a)(8). Appellee requests that we dismiss this appeal by August 23, 2022.

In support of their argument that ModivCare does not qualify as a governmental unit entitled to file this interlocutory appeal, appellee cites to this court's order from a previous appeal (Appeal No. 04-22-00206-CV) where this court held that "based on the record," Modivcare was not a governmental unit. However, since that previous appeal, matters have occurred in the trial court, including the filing of a new plea to the jurisdiction by Modivcare and the trial court's July 25, 2022 order denying same. Thus, the record in the underlying cause cannot be the same record we considered previously. We emphasize that the clerk's record is still pending in this interlocutory appeal and has not been filed. We decline to summarily dismiss an appeal for lack of jurisdiction without a record supporting such a dismissal. Accordingly, appellee's emergency motion is DENIED.



Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court